# APPENDIX.

## OPINIONS PER CURIAM.

J. J. McWilliams *et al.* v. The Great Spirit Springs Company. No. 11,122. Error from court of appeals, northern department. *Reversed by stipulation.* No opinion filed. Order entered January 10, 1899. A. H. Ellis, and F. T. Burnham, for plaintiffs in error. Gleed, Ware & Gleed, and C. H. Hawkins, for defendant in error.

Myna Kellam *et al.* v. W: W. Manspeaker *et al.* No. 10,842. Same v. The Central National Bank of Topeka. No. 10,843. (58 Pac. 990.) Error from Shawnee district court. Opinion filed November 11, 1899. *Dismissed.* F. C. Hentig, for plaintiffs in error. Gleed, Ware & Gleed, and Edwin A. Austin, for defendants in error.

Reuben M. Manley, *as Executor, etc.*, v. Richard A. Park. No. 11,244. (58 Pac. 961.) Error from Atchison district court. Opinion filed November 11, 1899. *Dismissed.* L. F. Bird, and David Martin, for plaintiff in error. Jackson & Jackson, for defendant in error.

The Atchison Savings Bank v. Melissa J. Means. No. 11,251. (58 Pac. 989.) Error from Atchison district court. Opinion filed November 11, 1899. *Affirmed.* Jackson & Jackson, for plaintiff in error. W. W. & W. F. Guthrie, for defendant in error.

The State of Kansas v. Andy Brock. No. 11,324. (58 Pac. 972.) Appeal from Reno district court. Opinion filed November 11, 1899. *Affirmed.* A. A. Godard, attorney-general, and L. M. Fall, county attorney, for The State. Prigg & Williams, for appellant.

The State of Kansas v. Robert Y. Noel. No. 11,432. (58 Pac. 990.) Appeal from Barber district court. Opinion filed November 11, 1899. *Affirmed.* Samuel Griffin, county attorney, and C. W. Ellis, for The State. E. Sample, and Seward I. Field, for appellant.

The City of Iola v. J. W. Sugg. No. 11,485. (58 Pac. 1116.) Appeal from court of appeals, southern department. Opinion filed November 11, 1899. *Dismissed.* Oscar Foust & Son, for appellant. Travis Morse, and J. F. Thompson, for appellee.

*In re* L. C. Gilmore. No. 11,582. (58 Pac. 961.) Original proceeding in *habeas corpus.* Opinion filed November 11, 1899. *Petitioner remanded.* Wells & Crossan, for petitioner. A. Lane, O. P. Ergenbright, and W. T. Johnson, for respondent.